

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00304-CV

**TVMAX Holdings, Inc. and Broadband Ventures Six, L.L.C.**

**v.**

**Spring Independent School District, et al.**

NO. 2011-53254 IN THE 270TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| SUPP CLK RECORD | $36.00 | 01/06/2015 | PAID | APE |
| SUPP CLK RECORD | $37.00 | 10/08/2014 | UNKNOWN | APE |
| SUPP CLK RECORD | $36.00 | 10/08/2014 | UNKNOWN | APE |
| MT FEE | $10.00 | 09/16/2014 | NOT PAID | APE |
| MT FEE | $10.00 | 09/12/2014 | NOT PAID | APE |
| SUPP CLK RECORD | $17.00 | 09/08/2014 | UNKNOWN | APE |
| MT FEE | $10.00 | 08/15/2014 | NOT PAID | APE |
| MT FEE | $10.00 | 08/11/2014 | NOT PAID | APE |
| MT FEE | $10.00 | 08/11/2014 | E-PAID | APE |
| SUPP CLK RECORD | $54.00 | 07/23/2014 | PAID | ANT |
| MT FEE | $10.00 | 07/09/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 06/09/2014 | E-PAID | ANT |
| CLK RECORD | $189.00 | 05/12/2014 | PAID | ANT |
| STATEWIDE EFILING | $20.00 | 04/28/2014 | E-PAID | ANT |
| FILING | $175.00 | 04/28/2014 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $634.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby

certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this July 13, 2015.



**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**